IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NUMBER 10-352 |
| JAMIL LLOYD | : | JUDGE BAYLSON |

## ORDER

AND NOW this 8th day of July, 2011, upon motion of the United States requesting that the Second Superseding Indictment in the above-captioned case be dismissed, the Defendant having pled guilty and been sentenced to the first Superseding Indictment, it is hereby

**ORDERED**

that the Second Superseding in the above-captioned matter is dismissed as to Jamil Lloyd only.

BY THE COURT:

_____
HONORABLE MICHAEL M. BAYLSON
United States District Court Judge